APPENDIX B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, <br> Petitioner, | § <br> § <br> § | |
| vs. | § <br> § | Civil Action No. |
| AN AGGREGATED TOTAL OF $512,894.00, MORE OR LESS, IN UNITED STATES CURRENCY, | § <br> § <br> § <br> § | **A14CV0645** SS |
| 2012 VOLKSWAGEN PASSAT, VIN: 1VWBN7A30CC068407, | § <br> § <br> § | |
| BITCOIN ACCOUNT, WALLET ADDRESS: 1LMwVh5mXTkUfpJmqrLc4zfga9y2iYChgi, CONTAINING 164.57107207 bitcoins, | § <br> § <br> § <br> § | |
| BITCOIN ACCOUNT, WALLET ADDRESS: 1KasRGy5K1rW8Yxf66S4tBRipBJzMX67Ly, CONTAINING 28.988387 bitcoins, and | § <br> § <br> § <br> § | |
| ROYAL SOVEREIGN INTERNATIONAL MONEY COUNTER, MODEL RBC-1003BK, SERIAL #K1207LA09668, <br> Respondents. | § <br> § <br> § <br> § | |

## NOTICE OF COMPLAINT FOR FORFEITURE

1. On <u>JUL 10 2014</u>, a Verified Complaint for Forfeiture *in rem* was filed in this Court by the United States Attorney for the Western District of Texas, against the below-described properties, which is also specifically described in the Verified Complaint for Forfeiture, for violations of 21 U.S.C. §§ 801 *et seq*., and 18 U.S.C. §1956, and subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(4 & 6) and 18 U.S.C. § 981(a)(1)(A & C), namely:

- **An Aggregated Total of $512,894, more or less, in United States Currency;**
- **2012 Volkswagen Passat, VIN: 1VWBN7A30CC068407;**

- **Bitcoin Account, Wallet Address: 1LMwVh5mXTkUfpJmqrLc4zfga9y2iYChgi, containing 164.57107207 bitcoins;**
- **Bitcoin Account, Wallet Address:  1KasRGy5K1rW8Yxf66S4tBRipBJzMX67Ly, containing 28.988387 bitcoins, and**
- **Royal Sovereign International Money Counter, Model RBC-1003BK, SN: #K1207LA09668,**

(hereinafter the "Respondent Properties").

2. Pursuant to Supplemental Rule G(4)(b) of the Federal Rules of Civil Procedure, notice to any person who reasonably appears to be a potential claimant shall be by direct notice. Accompanying this notice is the Verified Complaint for Forfeiture which has been filed in this cause and which describes the Respondent Properties.  Pursuant to Supplemental Rule G(4)(b) any person claiming an interest in the Respondent Properties who has received direct notice of this forfeiture action must file a Claim, in compliance with Rule G(5)(a), with the Court within **thirty-five (35) days after the notice was sent, if delivered by mail (if mailed, the date sent is provided below), or within 35 days of the date of delivery, if notice was personally served**. An Answer or motion under Rule 12 of the Federal Rules of Civil Procedure must then be filed within **twenty-one (21)** days of the Claim being filed.

The Claim and Answer must be filed with the Clerk of the Court, United States District Court for the Western District of Texas, 501 West 5th Street, Austin, Texas 78701, and copies of each must be served upon Assistant United States Attorney Daniel M. Castillo, 816 Congress Avenue, Ste. 1000, Austin, Texas 78701, or default and forfeiture will be ordered.  *See* 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

Failure to follow the requirements set forth above will result in a judgment by default taken against you for the relief demanded in the complaint.

**DATE NOTICE SENT:**_____

Respectfully submitted,

ROBERT PITMAN
UNITED STATES ATTORNEY

By:

DANIEL M. CASTILLO
Assistant United States Attorney
Texas State Bar No. 00793481
816 Congress Avenue, Suite 1000
Austin, Texas 78701
(512) 916-5858/916-5855 (fax)