IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Petitioner,<br><br>vs.<br><br>AN AGGREGATED TOTAL OF $512,894.00,<br>MORE OR LESS, IN UNITED STATES<br>CURRENCY,<br><br>2012 VOLKSWAGEN PASSAT,<br>VIN: 1VWBN7A30CC068407,<br><br>BITCOIN ACCOUNT, WALLET ADDRESS:<br>1LMwVh5mXTkUfpJmqrLc4zfga9y2iYChgi,<br>CONTAINING 164.57107207 bitcoins,<br><br>BITCOIN ACCOUNT, WALLET ADDRESS:<br>1KasRGy5K1rW8Yxf66S4tBRipBJzMX67Ly,<br>CONTAINING 28.988387 bitcoins, and<br><br>ROYAL SOVEREIGN INTERNATIONAL<br>MONEY COUNTER, MODEL RBC-1003BK,<br>SERIAL #K1207LA09668,<br>Respondents. | §§§§§§§§§§§§§§§§§§§§§§§ Civil Action No.<br><br>A14CV0645 SS |

## WARRANT FOR THE ARREST OF PROPERTY

TO THE INTERNAL REVENUE SERVICE OR OTHER AUTHORIZED LAW ENFORCEMENT OFFICER OR ANY OTHER PERSON OR ORGANIZATION AUTHORIZED BY LAW TO ENFORCE THE WARRANT:

JUL 10 2014

WHEREAS a Verified Complaint for Forfeiture *in rem* was filed on _____, against the following Properties:

- An Aggregated Total of $512,894, more or less, in United States Currency;
- 2012 Volkswagen Passat, VIN: 1VWBN7A30CC068407;
- Bitcoin Account, Wallet Address: 1LMwVh5mXTkUfpJmqrLc4zfga9y2iYChgi, containing 164.57107207 bitcoins;
- Bitcoin Account, Wallet Address: 1KasRGy5K1rW8Yxf66S4tBRipBJzMX67Ly, containing 28.988387 bitcoins, and

- **Royal Sovereign International Money Counter, Model RBC-1003BK, SN: #K1207LA09668,**

(hereinafter the "Respondent Properties"), alleging that the Respondent Properties are subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(4 & 6) and 18 U.S.C. § 981(a)(1)(A & C) for violations of 21 U.S.C. §§ 801 *et seq.,* and 18 U.S.C. § 1956.

WHEREAS an Order has been entered by the United States District Court for the Western District of Texas that a Warrant for Arrest of Property be issued as prayed for by Petitioner United States of America,

YOU ARE THEREFORE COMMANDED to arrest the Respondent Properties as soon as practicable by serving a copy of this warrant on the custodian in whose possession, custody, or control the Respondent Properties is presently found, and to use whatever means may be appropriate to protect and maintain the Respondent Properties in your custody until further order of this Court, including designating a substitute custodian or representative for the purposes of maintaining the care and custody of the Respondent Properties and to make a return as provided by law.

SIGNED this _____ day of _____, 2014.

WILLIAM G. PUTNICKI
United States District Clerk
Western District of Texas

By: _____
Deputy