FILED

**2014 JUL 14  PM 2: 38**

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

BY_____ *KKL*
      DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Petitioner,<br><br>vs.<br><br>AN AGGREGATED TOTAL OF $512,894.00,<br>MORE OR LESS, IN UNITED STATES<br>CURRENCY,<br><br>2012 VOLKSWAGEN PASSAT,<br>VIN: 1VWBN7A30CC068407,<br><br>BITCOIN ACCOUNT, WALLET ADDRESS:<br>1LMwVh5mXTkUfpJmqrLc4zfga9y2iYChgi,<br>CONTAINING 164.57107207 bitcoins,<br><br>BITCOIN ACCOUNT, WALLET ADDRESS:<br>1KasRGy5K1rW8Yxf66S4tBRipBJzMX67Ly,<br>CONTAINING 28.988387 bitcoins, and<br><br>ROYAL SOVEREIGN INTERNATIONAL<br>MONEY COUNTER, MODEL RBC-1003BK,<br>SERIAL #K1207LA09668,<br>    Respondents. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No.<br><br>A14CV0645 SS |

## ORDER FOR WARRANT OF ARREST OF PROPERTY

WHEREAS a Verified Complaint for Forfeiture *in rem* was filed on

___JUL 10 2014___, against the following Properties:

- An Aggregated Total of $512,894, more or less, in United States Currency;
- 2012 Volkswagen Passat, VIN: 1VWBN7A30CC068407;
- Bitcoin Account, Wallet Address: 1LMwVh5mXTkUfpJmqrLc4zfga9y2iYChgi, containing 164.57107207 bitcoins;
- Bitcoin Account, Wallet Address:  1KasRGy5K1rW8Yxf66S4tBRipBJzMX67Ly, containing 28.988387 bitcoins, and
- Royal Sovereign International Money Counter, Model RBC-1003BK, SN: #K1207LA09668,

(hereinafter the "Respondent Properties"), alleging that the Respondent Properties are subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(4 & 6) and 18 U.S.C. § 981(a)(1)(A & C), for violations of 21 U.S.C. §§ 801 *et seq.*, and 18 U.S.C. § 1956; IT IS THEREFORE

ORDERED that a Warrant for Arrest of Respondent Property issue as prayed for, and that the Internal Revenue Service for the Western District of Texas, or any other law enforcement officer, or any other person or organization authorized by law to enforce the warrant, be commanded to arrest the Respondent Properties and take them into possession for safe custody as provided by Rule G, Supplemental Rules of Federal Rules of Civil Procedure, until further order of the Court, and to use whatever means may be appropriate to protect and maintain the Respondent Properties while in custody, including designating a substitute custodian or representative for the purposes of maintaining the care and custody of the Respondent Properties and to make a return as provided by law.

SIGNED this __14__ day of __July_____, 2014.

_____
UNITED STATES DISTRICT JUDGE