## Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

USAO #2014V00587

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>A--14-CV-645 SS |
|---|---|
| DEFENDANT<br>AN AGGREGATED TOTAL OF $512,894.00, MORE OR LESS, IN UNITED STATES CURRENCY, ET AL | TYPE OF PROCESS:<br>VERIFIED COMPLAINT, NOTICE, WARRANT, AND ORDER |

| SERVE AT | Name Of Individual, Company, Corporation, Etc., to Serve or Description of Property to Seize<br>**GUILLERMO GONZALEZ, ATTORNEY AT LAW** |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code)<br>904 WEST AVENUE, SUITE 1000, AUSTIN, TEXAS 78701 |

| Send NOTICE OF SERVICE copy to Requester:<br><br>United States Attorney's Office<br>Attn: Asset Forfeiture<br>816 Congress Avenue, Suite 1000<br>Austin, Texas 78701 | Number Of Process To Be Served In This Case. | 4 |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

**PERSONAL SERVICE IS REQUIRED**

| Signature of Attorney or other Originator requesting service on behalf of<br>*[signature]*<br>Daniel M. Castillo, Assistant United States Attorney | [X] Plaintiff<br>[ ] Defendant | Telephone No.<br>512-916-5858 | Date<br>7/15/14 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: *Valai Klerren* | | | Date 07/29/14 |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER<br>*James Neff* | Date<br>7-29-14 |
|---|---|---|---|---|

I hereby Certify and Return That I [X] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.)<br>904 West Avenue, Suite 100<br>Austin, TX 78701 | Date of Service<br>7-29-14 | Time of Service<br>3:00 | [ ] AM<br>[X] PM |
| | Signature, Title and Treasury Agency<br>*James Neff*, S/A, IRS-CI | | |

REMARKS:  REF: GATEWOOD

The Suite # was wrong on the address in the "Serve At" section of this form.

AUSTIN/MOTLEY

TD F 90-22.48 (6/96)

*Make (3) copies after form is signed. SEND ORIGINAL + 4 COPIES to TREASURY AGENCY. Retain Copy #5 for your file.*