# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

USAO #2014V00587

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>A--14-CV-645 SS |
|---|---|
| DEFENDANT<br>AN AGGREGATED TOTAL OF $512,894.00, MORE OR LESS, IN UNITED STATES CURRENCY, ET AL | TYPE OF PROCESS:<br>VERIFIED COMPLAINT, NOTICE, WARRANT, AND ORDER |

**SERVE AT**

Name Of Individual, Company, Corporation, Etc., to Serve or Description of Property to Seize

JOSHUA GATEWOOD

Address (Street or RFD / Apt. # / City, State, and Zip Code)

Send NOTICE OF SERVICE copy to Requester:

United States Attorney's Office
Attn: Asset Forfeiture
816 Congress Avenue, Suite 1000
Austin, Texas 78701

| | |
|---|---|
| Number Of Process To Be Served In This Case. | 4 |
| Number Of Parties To Be Served In This Case. | |
| Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

**PERSONAL SERVICE IS REQUIRED**

Signature of Attorney or other Originator requesting service on behalf of
*Daniel M. Castillo, Assistant United States Attorney*

[X] Plaintiff  [ ] Defendant   Telephone No. 512-916-5858   Date 7/15/14

SIGNATURE OF PERSON ACCEPTING PROCESS:   Date 7/21/14

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the Total # of Process Indicated.   District of Origin No. ___   District to Serve No. ___   SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER:   Date 7-21-14

I hereby Certify and Return That I [X] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE of Individual Served If not shown above:

[ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above.)

Date of Service: 7-21-14   Time of Service: 3:00   [ ] AM  [X] PM

Signature, Title and Treasury Agency
*James Neff, S/A, IRS-CI*

REMARKS: REF: GATEWOOD

AUSTIN/MOTLEY

TD F 90-22.48 (6/96)

*Make (5) copies after form is signed. SEND ORIGINAL + 4 COPIES to TREASURY AGENCY. Retain Copy #5 for your file.*