IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Petitioner,<br><br>v.<br><br>AN AGGREGATED TOTAL OF $512,894.00,<br>MORE OR LESS, IN UNITED STATES<br>CURRENCY,<br><br>2012 VOLKSWAGEN PASSAT,<br>VIN: 1VWBN7A30CC068407,<br><br>BITCOIN ACCOUNT, WALLET ADDRESS:<br>1LMwVh5mXTkUfpJmqrLc4zfga9y2iYChgi,<br>CONTAINING 164.57107207 bitcoins,<br><br>BITCOIN ACCOUNT, WALLET ADDRESS:<br>1KasRGy5K1rW8Yxf66S4tBRipBJzMX67Ly,<br>CONTAINING 28.988387 bitcoins, and<br><br>ROYAL SOVEREIGN INTERNATIONAL<br>MONEY COUNTER, MODEL RBC-1003BK,<br>SERIAL #K1207LA09668,<br>　　　　Respondents. | Civil Action No. A-14-CV-645 SS |

## DECLARATION OF PUBLICATION

Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on July 18, 2014, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1.

　　　I declare under penalty of perjury that the foregoing is true and correct.

　　　Executed on August 19, 2014, at Austin, Texas.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　DANIEL M. CASTILLO
　　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

Non Applicable/No parties to be served

DANIEL M. CASTOLLO
Assistant United States Attorney

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION
# COURT CASE NUMBER: A-14-CV-645; NOTICE OF FORFEITURE ACTION

Pursuant to 21 U.S.C. § 881 and 18 U.S.C. § 981, the United States filed a verified Complaint for Forfeiture against the following property:

Bitcoin Account, Wallet address: 1LMwVh5mXTkUfpJmqrLc4zfga9y2iYChgi, containing 164.57107207 Bitcoins (14-IRS-000685)

2012 Volkswagon Passat, VIN: 1VWBN7A30CC068407(14-IRS-000686)

An Aggregated Total of $512,894.00, more or less, in United States Currency (14-IRS-000738)

Bitcoin Account, Wallet address: 1KasRGy5K1rW8Yxf66S4tBRipBJzMX67Ly, containing 28.988387 Bitcoins (14-IRS-000739)

Royal Sovereign International Money Counter, Model RBC-1003BK,SN: K1207LA09668 (14-IRS-000740)

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (July 18, 2014) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter. 18 U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, 501 West 5th Street, 1st Floor, Austin, TX 78701, and copies of each served upon Assistant United States Attorney Daniel Castillo, 816 Congress Ave., Suite 1000, Austin, TX 78701, or default and forfeiture will be ordered. See, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between July 18, 2014 and August 16, 2014. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. 2012 VW Passat et al

**Court Case No:** A-14-CV-645
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 07/18/2014 | 24.0 | Verified |
| 2 | 07/19/2014 | 24.0 | Verified |
| 3 | 07/20/2014 | 24.0 | Verified |
| 4 | 07/21/2014 | 24.0 | Verified |
| 5 | 07/22/2014 | 24.0 | Verified |
| 6 | 07/23/2014 | 24.0 | Verified |
| 7 | 07/24/2014 | 24.0 | Verified |
| 8 | 07/25/2014 | 24.0 | Verified |
| 9 | 07/26/2014 | 24.0 | Verified |
| 10 | 07/27/2014 | 24.0 | Verified |
| 11 | 07/28/2014 | 23.9 | Verified |
| 12 | 07/29/2014 | 24.0 | Verified |
| 13 | 07/30/2014 | 24.0 | Verified |
| 14 | 07/31/2014 | 24.0 | Verified |
| 15 | 08/01/2014 | 24.0 | Verified |
| 16 | 08/02/2014 | 24.0 | Verified |
| 17 | 08/03/2014 | 24.0 | Verified |
| 18 | 08/04/2014 | 24.0 | Verified |
| 19 | 08/05/2014 | 24.0 | Verified |
| 20 | 08/06/2014 | 24.0 | Verified |
| 21 | 08/07/2014 | 24.0 | Verified |
| 22 | 08/08/2014 | 24.0 | Verified |
| 23 | 08/09/2014 | 24.0 | Verified |
| 24 | 08/10/2014 | 23.9 | Verified |
| 25 | 08/11/2014 | 23.9 | Verified |
| 26 | 08/12/2014 | 24.0 | Verified |
| 27 | 08/13/2014 | 24.0 | Verified |
| 28 | 08/14/2014 | 24.0 | Verified |
| 29 | 08/15/2014 | 24.0 | Verified |
| 30 | 08/16/2014 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.