UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2015 MAR -5  AM 11: 57
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Petitioner,<br><br>v.<br><br>AN AGGREGATED TOTAL OF $512,894.00,<br>MORE OR LESS, IN UNITED STATES<br>CURRENCY,<br><br>2012 VOLKSWAGEN PASSAT,<br>VIN: 1VWBN7A30CC068407,<br><br>BITCOIN ACCOUNT, WALLET ADDRESS:<br>1LMwVh5mXTkUfpJmqrLc4zfga9y2iYChgi,<br>CONTAINING 164.57107207 bitcoins,<br><br>BITCOIN ACCOUNT, WALLET ADDRESS:<br>1KasRGy5K1rW8Yxf66S4tBRipBJzMX67Ly,<br>CONTAINING 28.988387 bitcoins, and<br><br>ROYAL SOVEREIGN INTERNATIONAL<br>MONEY COUNTER, MODEL RBC-1003BK,<br>SERIAL #K1207LA09668,<br>  Respondents. | §§§§§§§§§§§§§§§§§§§§§§<br><br>Civil Action No. A-14-CV-645 SS |

ORDER TO UNSEAL APPENDIX A, ENTITLED
"FACTS PERTINENT TO VIOLATIONS IN SUPPORT OF
VERIFIED COMPLAINT FOR FORFEITURE"

Petitioner United States of America has moved this Court to Unseal Appendix A, entitled Facts Pertinent to Violations in Support of Verified Complaint for Forfeiture, and the Court having considered the same and being duly and fully apprised in all its premises is of the opinion that said Motion is meritorious and shall be, and hereby is, in all things GRANTED; IT IS THEREFORE,

ORDERED that the Clerk of Court shall unseal Appendix A, Facts Pertinent to Violations in Support of Verified Complaint for Forfeiture in the instant case.

SIGNED this 4th day of March, 2015.

/s/ Sam Sparks
SAM SPARKS
UNITED STATES DISTRICT JUDGE