United States District Court
Western District of Texas
Austin
**Deficiency Notice**

| | |
|---|---|
| To: | Castillo, Daniel M. |
| From: | Court Operations Department, Western District of Texas |
| Date: | Monday, April 13, 2015 |
| Re: | 01:14-CV-00645-SS / Doc # 15 / Filed On: 04/13/2015 02:39 PM CST |

Pursuant to the Administrative Polices and Procedures for Electronic Filing in Civil and Criminal Cases, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY.** When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Document filed in wrong case. You must file a motion to strike document filed in wrong case and re-file in correct case.