IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Petitioner, | § | |
| | § | |
| vs. | § | Civil Action No. A-14-CV-645 SS |
| | § | |
| AN AGGREGATED TOTAL OF $512,894.00, MORE OR LESS, IN UNITED STATES CURRENCY, | § | |
| | § | |
| 2012 VOLKSWAGEN PASSAT, VIN: 1VWBN7A30CC068407, | § | |
| | § | |
| BITCOIN ACCOUNT, WALLET ADDRESS: 1LMwVh5mXTkUfpJmqrLc4zfga9y2iYChgi, CONTAINING 164.57107207 bitcoins, | § | |
| | § | |
| BITCOIN ACCOUNT, WALLET ADDRESS: 1KasRGy5K1rW8Yxf66S4tBRipBJzMX67Ly, CONTAINING 28.988387 bitcoins, and | § | |
| | § | |
| ROYAL SOVEREIGN INTERNATIONAL MONEY COUNTER, MODEL RBC-1003BK, SERIAL #K1207LA09668, | § | |
| Respondents. | § | |

## MOTION TO STRIKE DOCUMENT NO. 15

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the United States of America, by and through the Acting U. S. Attorney for the Western District of Texas, and respectfully for cause would show the Court as follows:

1. On April 13, 2015, the United States inadvertently filed a Motion for Final Default Judgment of Forfeiture (Doc. 15) for a separate, criminal case: *U. S. v. Assorted Gems, Jewelry, and Other Collectables*, in Civil No. A-14-CV-975.

ACCORDINGLY, the United States moves this Court to strike the Motion for Final Default Judgment of Forfeiture (Doc. 15) which was inadvertently filed in this cause.

                Respectfully submitted,

                ROBERT PITMAN
                UNITED STATES ATTORNEY

By:   /s/
        DANIEL M. CASTILLO
        Assistant United States Attorney
        Texas State Bar No. 00793481
        816 Congress Avenue, Suite 1000
        Austin, Texas 78701
        (512) 916-5858 / 916-5855 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2015 a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System.

Service is not applicable as there are no parties to be notified of or served with this filing.

        /s/
       DANIEL M. CASTILLO
       Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Petitioner,<br><br>vs.<br><br>AN AGGREGATED TOTAL OF $512,894.00,<br>MORE OR LESS, IN UNITED STATES<br>CURRENCY,<br><br>2012 VOLKSWAGEN PASSAT,<br>VIN: 1VWBN7A30CC068407,<br><br>BITCOIN ACCOUNT, WALLET ADDRESS:<br>1LMwVh5mXTkUfpJmqrLc4zfga9y2iYChgi,<br>CONTAINING 164.57107207 bitcoins,<br><br>BITCOIN ACCOUNT, WALLET ADDRESS:<br>1KasRGy5K1rW8Yxf66S4tBRipBJzMX67Ly,<br>CONTAINING 28.988387 bitcoins, and<br><br>ROYAL SOVEREIGN INTERNATIONAL<br>MONEY COUNTER, MODEL RBC-1003BK,<br>SERIAL #K1207LA09668,<br>　　　　Respondents. | Civil Action No. A-14-CV-645 SS |

## ORDER

Came on to be considered by this Court the Motion to Strike Doc. 15, filed by the United States of America.   The Court, having considered said Motion finds that the Motion to Strike Doc. 15 should be granted.   THEREFORE IT IS,

ORDERED that the Motion to Strike Doc. 15, be, and it is hereby, GRANTED.

Signed this _____ day of April, 2015.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**SAM SPARKS**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**