IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2015 APR 20  AM 9: 20
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ AO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Petitioner,<br><br>vs.<br><br>AN AGGREGATED TOTAL OF $512,894.00,<br>MORE OR LESS, IN UNITED STATES<br>CURRENCY,<br><br>2012 VOLKSWAGEN PASSAT,<br>VIN: 1VWBN7A30CC068407,<br><br>BITCOIN ACCOUNT, WALLET ADDRESS:<br>1LMwVh5mXTkUfpJmqrLc4zfga9y2iYChgi,<br>CONTAINING 164.57107207 bitcoins,<br><br>BITCOIN ACCOUNT, WALLET ADDRESS:<br>1KasRGy5K1rW8Yxf66S4tBRipBJzMX67Ly,<br>CONTAINING 28.988387 bitcoins, and<br><br>ROYAL SOVEREIGN INTERNATIONAL<br>MONEY COUNTER, MODEL RBC-1003BK,<br>SERIAL #K1207LA09668,<br>Respondents. | §§§§§§§§§§§§§§§§§§§§§§§ Civil Action No. A-14-CV-645 SS |

## ORDER

Came on to be considered by this Court the Motion to Strike Doc. 15, filed by the United States of America.   The Court, having considered said Motion finds that the Motion to Strike Doc. 15 should be granted.   THEREFORE IT IS,

ORDERED that the Motion to Strike Doc. 15, be, and it is hereby, GRANTED.

Signed this ___17th___ day of April, 2015.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE