FILED

2015 APR 20  AM 9: 20

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ AD

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Petitioner,<br><br>vs.<br><br>AN AGGREGATED TOTAL OF $512,894.00,<br>MORE OR LESS, IN UNITED STATES<br>CURRENCY,<br><br>2012 VOLKSWAGEN PASSAT,<br>VIN: 1VWBN7A30CC068407,<br><br>BITCOIN ACCOUNT, WALLET ADDRESS:<br>1LMwVh5mXTkUfpJmqrLc4zfga9y2iYChgi,<br>CONTAINING 164.57107207 bitcoins,<br><br>BITCOIN ACCOUNT, WALLET ADDRESS:<br>1KasRGy5K1rW8Yxf66S4tBRipBJzMX67Ly,<br>CONTAINING 28.988387 bitcoins, and<br><br>ROYAL SOVEREIGN INTERNATIONAL<br>MONEY COUNTER, MODEL RBC-1003BK,<br>SERIAL #K1207LA09668,<br>　　　　Respondents. | Civil Action No. A-14-CV-645 SS |

## FINAL DEFAULT JUDGMENT OF FORFEITURE

Petitioner United States of America has moved this Court, pursuant to FED. R. CIV. P. 55(b)(2), for entry of a Final Default Judgment of Forfeiture in favor of the United States against:

- An Aggregated Total of $512,894.00, more or less, in United States currency;

- 2012 Volkswagen Passat, VIN: 1VWBN7A30CC068407;

- Bitcoin Account, Wallet Address: 1LMwVh5mXTkUfpJmqrLc4zfga9y2iYChgi, containing 164.57107207 bitcoins;

- Bitcoin Account Wallet Address: 1KasRGy5K1rW8Yxf66S4tBRipBJzMX67Ly, Containing 28.988387 bitcoins; and

✓

- **Royal Sovereign International Money Counter, Model RBC-1003BK, Serial No. K1207LA09668**

(hereinafter referred to as "the Respondent Properties"), against any and all right, title, and interest of Joshua Gatewood and any and all other potential claimants in the Respondent Properties.

The Court finds that Petitioner has proven by a preponderance of the evidence that there is a nexus between the Respondent Properties and the violations of 21 U.S.C. §§ 801 *et seq.* and 18 U.S.C. § 1956 and that the Respondent Properties are subject to forfeiture to the United States pursuant to 21 U.S.C. §§ 881(a)(4 & 6) and 18 U.S.C. §§ 981(a)(1)(A & C).

The Court further finds that a Verified Complaint for Forfeiture (Doc.1) was filed on July 10, 2014, and that Joshua Gatewood was served with notice of this civil forfeiture action. All other potential claimants have been adequately served by publication of public notice.

The Court further finds that no verified claims or answers have been filed in this cause of action as required by Rule G, Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions, and as required by this Court's Order for Warrant of Arrest of Property and for Notice (Doc. 5) entered on July 14, 2014.

Therefore, Joshua Gatewood and any and all other potential claimants are all now in default, and this Court, being duly and fully apprised in all the premises, is of the opinion that Petitioner's Motion is well-founded and should be, and hereby is, in all things GRANTED. THEREFORE, IT IS HEREBY

ORDERED that a Final Default Judgment of Forfeiture be, and hereby is, entered against the Respondent Properties and that the Respondent Properties be, and hereby are, FORFEITED to the United States of America; and IT IS FURTHER

ORDERED that any and all right, title, and interest of Joshua Gatewood in the Respondent Properties be, and hereby are, held in default and FORFEITED to the United States of America; and IT IS FURTHER

ORDERED that any and all right, title, and interest of any and all other potential claimants in the Respondent Properties be, and hereby are, held in default and FORFEITED to the United States of America; and IT IS FURTHER

ORDERED that the Department of Treasury, Internal Revenue Service (IRS) and/or its designated agent shall dispose of the Respondent Properties in accordance with law; and IT IS FURTHER

ORDERED that the IRS and/or its designated agent shall be reimbursed for any costs and expenses regarding the seizure, maintenance, custody, and control of the Respondent Properties.

IT IS SO ORDERED.

SIGNED this __17th__ day of __april__, 2015.

_____
**SAM SPARKS**
**UNITED STATES DISTRICT JUDGE**