# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

USAO #2014V00587

| | |
|---|---|
| **PLAINTIFF** UNITED STATES OF AMERICA | **COURT CASE NUMBER** ~~A-14-CV-648-SS~~ A14CV645 SS |
| **DEFENDANT** AN AGGREGATED TOTAL OF $512,894.00, MORE OR LESS, IN UNITED STATES CURRENCY, ET AL | **TYPE OF PROCESS:** MOTION FOR FINAL DEFAULT JUDGMENT OF FORFEITURE AND FINAL DEFAULT JUDGMENT OF FORFEITURE |

**SERVE AT**

Name Of Individual, Company, Corporation, Etc., to Serve or Description of Property to Seize

DEPARTMENT OF TREASURY, IRS/CID, ATTN: ASSET FORFEITURE

Address (Street or RFD / Apt. # / City, State, and Zip Code)
601 NW LOOP 410, SUITE 290, SAN ANTONIO, TEXAS 78216

Send NOTICE OF SERVICE copy to Requester:

United States Attorney's Office
Attn: Asset Forfeiture
816 Congress Avenue, Suite 1000
Austin, Texas 78701

| | |
|---|---|
| Number Of Process To Be Served In This Case. | 2 |
| Number Of Parties To Be Served In This Case. | |
| Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

PLEASE FOLLOW INSTRCTIONS PER FINAL DEFAULT JUDGMENT OF FORFEITURE.

Signature of Attorney or other Originator requesting service on behalf of
Daniel M. Castillo, Assistant United States Attorney

[X] Plaintiff   [ ] Defendant   Telephone No. 512-916-5858   Date 4/27/15

SIGNATURE OF PERSON ACCEPTING PROCESS:   Date

## SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE of Individual Served If not shown above:   [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above.)   Date of Service 4/23/15   Time of Service 10:35   [✓] AM   [ ] PM

Signature, Title and Treasury Agency
SA/AFC  IRS-CI

**REMARKS:** REF: GATEWOOD

AUSTIN/MOTLEY

TD F 90-22.48 (6/96)

*Make (5) copies after form is signed. SEND ORIGINAL + 4 COPIES to TREASURY AGENCY. Retain Copy #5 for your file.*