# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

USAO #2014V00587

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | ~~A-14-CV-648 SS~~ A14CV 645 SS |

| DEFENDANT | TYPE OF PROCESS: |
|---|---|
| AN AGGREGATED TOTAL OF $512,894.00, MORE OR LESS, IN UNITED STATES CURRENCY, ET AL | MOTION FOR FINAL DEFAULT JUDGMENT OF FORFEITURE AND FINAL DEFAULT JUDGMENT OF FORFEITURE |

**SERVE AT**

Name Of Individual, Company, Corporation, Etc., to Serve or Description of Property to Seize
AN AGGREGATED TOTAL OF $512,894.00, MORE OR LESS, IN UNITED STATES CURRENCY, ET AL.,
c/o DEPARTMENT OF TREASURY, IRS/CID, ATTN: ASSET FORFEITURE

Address (Street or RFD / Apt. # / City, State, and Zip Code)
601 NW LOOP 410, SUITE 290, SAN ANTONIO, TEXAS 78216

Send NOTICE OF SERVICE copy to Requester:

United States Attorney's Office
Attn: Asset Forfeiture
816 Congress Avenue, Suite 1000
Austin, Texas 78701

| | |
|---|---|
| Number Of Process To Be Served In This Case. | 2 |
| Number Of Parties To Be Served In This Case. | |
| Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

**PLEASE FOLLOW INSTRCTIONS PER FINAL DEFAULT JUDGMENT OF FORFEITURE.**

Signature of Attorney or other Originator requesting service on behalf of
*Daniel M. Castillo*, Assistant United States Attorney
[X] Plaintiff  [ ] Defendant
Telephone No. 512-916-5858
Date 4/22/15

SIGNATURE OF PERSON ACCEPTING PROCESS: / Date

## SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE of Individual Served If not shown above:

[ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above.)

Date of Service: 4/23/15
Time of Service: 10:38
[✓] AM  [ ] PM

Signature, Title and Treasury Agency
*[signature]* SA/ATC IRS-CI

**REMARKS:** REF: GATEWOOD

AUSTIN/MOTLEY

TD F 90-22.48 (6/96)

*Make (5) copies after form is signed. SEND ORIGINAL + 4 COPIES to TREASURY AGENCY. Retain Copy #5 for your file.*